IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHN WILLIAM MUNSON,**

    *Plaintiff*,

v.                            Case No.: 4:21cv351-MW/MAF

**WALT MCNEIL, et al.,**

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Plaintiff was provided an extension for filing objections, ECF No. 19, and this Court waited an additional week to wait for the mail before ruling on the report and recommendation. Upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)." The Clerk is directed to note on the

docket that this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk shall close the file.

**SO ORDERED on November 19, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**